UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARRINGTON CAPITAL
MANAGEMENT, LLC,

Plaintiff,

v. Case No: 8:15-cv-1406-T-36AAS

JOSIE V. WALLACE,

Defendant.
_____________________________________/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on January 25, 2017 (Doc. 39). In the Report and Recommendation, Magistrate Judge Sansone recommends that the Motion of Defendant Josie Wallace to Tax Costs Against Plaintiff Carrington Capital Management, LLC, be GRANTED in part and DENIED in part. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 39) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The Motion of Defendant Josie Wallace to Tax Costs Against Plaintiff Carrington Capital Management, LLC, is **GRANTED in part** and **DENIED in part** (Doc. 35).

(3) The motion is **DENIED** as to $66.00 of Defendant's request for $196.44 copying costs and as to $40.00 of the requested $105.00 for the costs of serving a subpoena on Apex.

(4) The motion is **GRANTED** as to the remaining costs.

(5) The Clerk of the Court is **DIRECTED** to tax costs against Plaintiff in the amount of $1,940.24 pursuant to 28 U.S.C. §§ 1920 and 1921.

**DONE AND ORDERED** at Tampa, Florida on February 9, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record